# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STATE FARM FIRE & CASUALTY COMPANY,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CUBE ELECTRONICS CO., LTD., *et al.*,<br><br>　　　　　　Defendants. | Case No.: 2:17-cv-02109-JCM-GWF<br><br>**ORDER** |

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. Counsel for Defendant removed this matter to federal court on August 4, 2017. Defendant Bike Revolution Bike Shop filed its Answer (ECF No. 9 ) on August 22, 2017. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **October 23, 2017** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

DATED this 16th day of October 16, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge