# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| STATE FARM FIRE & CASUALTY COMPANY, | |
| Plaintiff, | Case No.: 2:17-cv-02109-JCM-GWF |
| vs. | **ORDER** |
| CUBE ELECTRONICS CO., LTD., *et al.*, | |
| Defendants. | |

This matter is before the Court on the parties' Stipulated Protective Order (ECF No. 25), filed on November 30, 2017. The proposed protective order is unclear as to whether the party, who asserts that particular information should be treated as confidential under the protective order, has the burden of proof to establish that the information or document is entitled to such protection. The parties are directed to submit a revised protective order with that clarification. Accordingly,

**IT IS HEREBY ORDERED** that the Stipulated Protective Order (ECF No. 25) is **denied**, without prejudice.

DATED this 1st day of December, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge