CHARLIE H. LUH, ESQ.
Nevada State Bar No. 6726
D. JASON FERRIS, ESQ.
Nevada State Bar No. 7698
LUH & ASSOCIATES
8987 W. Flamingo Road, Suite 100
Las Vegas, Nevada 89147
(702) 367-8899
(702) 384-8899 (FAX)

Attorneys for Defendant
REVOLUTION BIKE SHOP d/b/a ELITE CYCLES & SPORTS

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, as subrogee of Troy Daigneau,<br><br>Plaintiff,<br><br>vs.<br><br>CUBE ELECTRONICS CO, LTD a/k/a Cube (Shenzhen) Electronics Tech Co, Ltd.; AMAZON.COM, INC.; BIKE REVOLUTION BIKE SHOP d/b/a Elite Cycles & Sports; MEGA SINAI, LLC; and DOES I through X, inclusive,<br><br>Defendants. | CASE NO. 2:17-CV-02109-JCM-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT/CROSS-CLAIMANT BIKE REVOLUTION BIKE SHOP, INC. d/b/a ELITE CYCLES & SPORTS CROSS-COMPLAINT AGAINST MEGA SINAI, LLC, WITHOUT PREJUDICE** |
| BIKE REVOLUTION BIKE SHOP, INC. d/b/a ELITE CYCLES & SPORTS,<br><br>Cross-Claimant,<br>vs.<br><br>MEGA SINAI, LLC, a California Limited Liability Company; DOE DEFENDANTS 15-20; and ROE CORPORATIONS 1-5, inclusive<br><br>Cross-Defendants | |

-1-

## STIPULATION AND ORDER FOR DISSMISSAL OF DEFEDNANT/CROSS-CLAIMANNT BIKE REVOLUTION BIKE SHOP, INC. d/b/a ELITE CYCLES & SPORTS CROSS-COMPLAINT AGAINST MEGA SINAI, LLC, WITHOUT PREJUDICE

IT IS HEREBY STIPULATED by and between Cross-Claimant BIKE REVOLUTION BIKE SHOPE d/b/a ELITE CYCLES & SPORTS ("BIKE REVOLUTION"), by and through its attorney of record, D. Jason Ferris, Esq., of the law office of Luh & Associates; and Cross-Defendant MEGA SINAI, LLC ("MEGA"), by and through its attorneys of record, Karl A. Shelton, Esq. of the law office of Shumway Van, that BIKE REVOLUTION Cross-Complaint in the above-captioned matter against Cross-Defendant MEGA be dismissed in its entirety, without prejudice.

Each party shall bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

| SHUMWAY VAN | LUH & ASSOCIATES |
|---|---|
| *[signature]* | *[signature]* |
| KARL A. SHELTON, ESQ. | CHARLIE H. LUH, ESQ. |
| Nevada Bar No. 12868 | Nevada State Bar No. 6726 |
| 8985 South Eastern Ave., Suite 100 | D. JASON FERRIS, ESQ. |
| Las Vegas, NV 89123 | Nevada State Bar No. 7698 |
| *Attorneys for Defendant/Cross-Defendant Mega Sinai, LLC* | 8987 W. Flamingo Road, Suite 100 |
| | Las Vegas, Nevada 89147 |
| | *Attorneys for Defendant/Cross-Claimant Revolution Bike Shop d/b/a Elite Cycles & Sports* |

///
///
///
///
///
///

## ORDER

IT IS HEREBY ORDERED that Defendant/Cross-Claimant BIKE REVOLUTION's Cross-Complaint against Defendant/Cross-Defendant MEGA in the above-captioned matter shall be dismissed in its entirety, without prejudice, with each party bearing its own attorneys' fees and costs.

DATED June 25, 2018.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

LUH & ASSOCIATES

_____
CHARLIE H. LUH, ESQ.
Nevada State Bar No. 6726
D. JASON FERRIS, ESQ.
Nevada State Bar No. 7698
8987 W. Flamingo Road, Suite 100
Las Vegas, Nevada 89147
*Attorneys for Defendant/Cross-Claimant*
*Revolution Bike Shop d/b/a Elite Cycles & Sports*