CHARLIE H. LUH, ESQ.
Nevada State Bar No. 6726
D. JASON FERRIS, ESQ.
Nevada State Bar No. 7698
LUH & ASSOCIATES
8987 W. Flamingo Road, Suite 100
Las Vegas, Nevada 89147
(702) 367-8899
(702) 384-8899 (FAX)

Attorneys for Defendant
REVOLUTION BIKE SHOP d/b/a ELITE CYCLES & SPORTS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, as subrogee of Troy Daigneau,<br><br>    Plaintiff,<br><br>vs.<br><br>CUBE ELECTRONICS CO, LTD a/k/a Cube (Shenzhen) Electronics Tech Co, Ltd.; AMAZON.COM, INC.; BIKE REVOLUTION BIKE SHOP d/b/a Elite Cycles & Sports; MEGA SINAI, LLC; and DOES I through X, inclusive,<br><br>    Defendants. | CASE NO.  2:17-CV-02109-JCM-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT BIKE REVOLUTION BIKE SHOP, INC. d/b/a ELITE CYCLES & SPORTS, WITH PREJUDICE** |
| BIKE REVOLUTION BIKE SHOP, INC. d/b/a ELITE CYCLES & SPORTS,<br><br>    Cross-Claimant,<br>vs.<br><br>MEGA SINAI, LLC, a California Limited Liability Company; DOE DEFENDANTS 15-20; and ROE CORPORATIONS 1-5, inclusive<br><br>    Cross-Defendants | |

### STIPULATION AND ORDER FOR DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT BIKE REVOLUTION BIKE SHOP, INC. d/b/a ELITE CYCLES & SPORTS, WITH PREJUDICE

IT IS HEREBY STIPULATED by and between Defendant BIKE REVOLUTION BIKE SHOPE d/b/a ELITE CYCLES & SPORTS ("BIKE REVOLUTION"), by and through its attorney of record, D. Jason Ferris, Esq., of the law office of Luh & Associates; and Plaintiff, STATE FARM FIRE AND CASUALTY COMPANY ("STATE FARM"), by and through its attorneys of record, Lisa A. Taylor, Esq. of the Law Office of Lisa A. Taylor, that STATE FARM'S Complaint in the above-captioned matter against Defendant BIKE REVOLUTION be dismissed in its entirety, with prejudice.

Each party shall bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

| LAW OFFICE OF LISA A. TAYLOR | LUH & ASSOCIATES |
|---|---|
| *[signature]* | *[signature]* |
| LISA A. TAYLOR, ESQ. | CHARLIE H. LUH, ESQ. |
| Nevada Bar No. 8283 | Nevada State Bar No. 6726 |
| LAW OFFICE OF LISA A. TAYLOR | D. JASON FERRIS, ESQ. |
| 5664 N. Rainbow Blvd. | Nevada State Bar No. 7698 |
| Las Vegas, NV  78130 | 8987 W. Flamingo Road, Suite 100 |
| *Attorneys for Plaintiff* | Las Vegas, Nevada  89147 |
| | *Attorneys for Defendant/Cross-Claimant Revolution Bike Shop d/b/a Elite Cycles & Sports* |

///
///
///
///
///
///

## ORDER

IT IS HEREBY ORDERED that Plaintiff STATE FARM'S Claimant against Defendant/Cross-Defendant BIKE REVOLUTION in the above-captioned matter shall be dismissed in its entirety, with prejudice, with each party bearing its own attorneys' fees and costs.

DATED June 25, 2018.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

LUH & ASSOCIATES

_____
CHARLIE H. LUH, ESQ.
Nevada State Bar No. 6726
D. JASON FERRIS, ESQ.
Nevada State Bar No. 7698
8987 W. Flamingo Road, Suite 100
Las Vegas, Nevada 89147
*Attorneys for Defendant/Cross-Claimant
Revolution Bike Shop d/b/a Elite Cycles & Sports*